ATCHISON, T. & S. F. RY. Co. *et al.* v. STATE.

No. 770        Opinion Filed October 20, 1909.

(104 Pac. 1090.)

**RAILROAD RATES**—Regulation by Corporation Commission.        Syllabus same as in **Midland Valley Railroad Co. et al. v. State,** No. 736, decided at this term, ante, p. 817, 104 Pac. 1086.

(Syllabus by the Court.)

*Appeal from Corporation Commission.*

Action by the State against the Atchison, Topeka & Santa Fe Railway Company, and others. From an order fixing the freight rates, the Atchison, Topeka & Santa Fe Railway Company and others appeal. Remanded, with directions.

On the 23d day of May, A. D. 1908, the Corporation Commission commenced this proceeding against the Atchison, Topeka & Santa Fe Railway Company, the Midland Valley Railroad Company, the Missouri, Kansas & Texas Railway Company, the Gulf, Colorado & Santa Fe Railway Company, the Chicago, Rock Island & Pacific Railway Company, the St. Louis & San Fran-

cisco Railroad Company, the St. Louis, Iron Mountain & Southern Railway Company, the Kansas City Southern Railway Company, the Ft. Smith & Western Railroad Company, the St. Louis, El Reno & Western Railway Company, the Kansas City, Mexico & Orient Railway Company, the Oklahoma Central Railroad Company and Asa E. Ramsey as receiver thereof, and the Missouri, Oklahoma & Gulf Railway Company, the herein appellants, by causing to be published in the Guthrie, Leader, a daily paper published in Guthrie, Logan county, Okla., a notice of its proposed order No. 26, and thereafter, on, to-wit, the 22d day of June, A. D. 1908, and pursuant to such notice, which was in due form and published as required by law, said cause was heard and continued from day to day until the 24th day of June, A. D. 1908, when final order No. 58, fixing intrastate rates on coal and coke and such products, was made and entered. Thereafter, on the 15th day of March, A. D. 1909, proper application was made to the chairman of the commission for certification of all the evidence heard or considered in making such order, as well as the facts found and reasons upon which same were based, which was denied; and thereafter, on, to wit, the 16th day of March, A. D. 1909, on application to this court, a writ of mandamus was issued, requiring such certification, which was complied with on the 7th day of April, A. D. 1909. On the 11th day of September, A. D. 1909, counsel for appellee moved in this court for the dismissal of this appeal on the grounds: (1) That neither the appeal nor application for such certification was made in due time. (2) That the record does not contain a finding of facts, although the certificate recited that a finding of fact by the commission was not made of record, and therefore could not be transmitted. (3) That it was the duty of the appellants to preserve such record, if they desired to appeal.

*S. T. Bledsoe, C. O. Blake, Clifford L. Jackson,* and *Edgar A. De Meules,* for appellants.

*Geo. A. Henshaw,* Asst. Atty. Gen., for the State.

WILLIAMS, J. (after stating the facts as above). The case of *Midland Valley Railroad Co., Appellants, v. State of Oklahoma, Appellee*, No. 736, decided at this term, *ante*, p. 718, 104 Pac. 1086, is decisive of this case, both as to law and facts.

The motion to dismiss the appeal is accordingly overruled, and the cause remanded, with similar instructions.

All the Justices concur.